427 A.2d 1232

Cumer v. Cumer, Appellant.

Submitted November 16, 1979.  Robert N. Clarke, for appellant; George B. Stegenga, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Decree affirmed.  Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

427 A.2d 1232

Davis et ux., Appellants v. Earhardt et al.

Argued March 17, 1980.  Thomas K. Noonan, for appellant;  Charles F. Volz, Jr., for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

The order of June 25, 1979, is affirmed.